IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ' | CASE NO. 99-99999 |
| | ' | |
| OUT OF DISTRICT MAIN CASE, DEBTOR | ' ' | ADVERSARY PROCEEDING |
| | | |
| | | NO._____ |

CAUSE NO. 2012-27197-D

| | | |
|---|---|---|
| ALI MOKARAM, ET AL., | ' | |
| | ' | |
| PLAINTIFF | ' | |
| V. | ' | IN THE DISTRICT COURT OF |
| | ' | |
| | ' | HARRIS COUNTY TEXAS |
| ALI CHOUDHRI, ET AL., | ' | |
| DEFENDANTS. | , | 333RD JUDICIAL DISTRICT |
| | ' | |
| | ' | |

## NOTICE OF REMOVAL

Defendant Ali Choudhri pursuant to 28 U.S.C. §§ 1334 and 1452, and Rule 9027 of the Federal Rules of Bankruptcy Procedure, hereby removes the above-captioned state court action *ALI MOKARAM, et al. v. ALI CHOUDHRI, et al*. Cause No. 2012- 27197-D, currently pending in the 333RD Judicial District Court of Harris County, Texas (the "State Court Action"), to the United States Bankruptcy Court for the Southern District of Texas, Houston Division, as an adversary proceeding in IN RE OUT OF DISTRICT MAIN CASE, Case No. 99- 99999 (the "Bankruptcy Case"), and respectfully states:

## PARTIES

1. Plaintiff MOKARAM-LATIF WEST LOOP, LTD. is a Texas partnership with its principal place of business at 2500 West Loop South, #455, Houston, Texas 77027.

2. Intervenor ALI MOKARAM is an individual who resides in Harris County, Texas who has his principal place of business at 2500 West Loop South, #455, Houston, Texas 77027.

3. Defendant ALI CHOUDHRI is a Texas resident who has his principal place of business at 1001 West Loop South, Suite 700, Houston, Texas 77027.

4. Defendant DALIO HOLDINGS I, LLC is a Delaware limited liability company with its principal place of business at 1001 West Loop South, Suite 700, Houston, Texas 77027.

5. Defendant DALIO HOLDINGS II, LLC is a Delaware limited liability company with its principal place of business at 1001 West Loop South, Suite 700, Houston, Texas 77027.

## BACKGROUND

6. Meandering Bend, LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court on August 5, 2025 commencing *In re Meandering Bend*, LLC, Styled Case Number 25-51814-MMP (the "Bankruptcy Case"). The Bankruptcy Case was subsequently transferred to this Western District on August 28, 2025 and converted to a chapter 7 case on September 9, 2025.

7. In the State Court Action, the Harris County District Court has appointed a receiver who has filed a motion to seek authority and control over Meandering Bend, LLC. Such acts implicate property of the bankruptcy estate and the administration of the Bankruptcy Case, as Meandering Bend is the debtor in the Bankruptcy Case, falling within this Court's jurisdiction.\

**PROCEDURAL GROUNDS FOR REMOVAL**

8. Removal is proper pursuant to 28 U.S.C. § 1452(a), which provides that "[a] party may remove any claim or cause of action in a civil action… to the district court for the district where such civil action is pending, if such district court has jurisdiction… under section 1334 of this title."

9. Under 28 U.S.C. § 1334(b), the district courts have original, but not exclusive, jurisdiction of all civil proceedings "arising under," "arising in," or "related to" cases under title 11. The State Court Action directly impacts the Bankruptcy Case because it seeks to authorize or ratify acts of a receiver purporting to control the debtor, Meandering Bend, LLC or its property, in contravention of 11 U.S.C. § 362(a) and this Court's exclusive jurisdiction over estate property under 28 U.S.C. § 1334(e)(1).

10. The claims and relief sought in the State Court Action by the receiver could alter the rights, liabilities, or property of the debtor, and thus have a "conceivable effect" on the bankruptcy estate, satisfying the test for "related to" jurisdiction established in *In re Wood*, 825 F.2d 90, 93 (5th Cir. 1987).

11. Because the receiver seeks to take control over the debtor, Meandering Bend, LLC in the State Court Action, the State Court Action also raises core matters under 28 U.S.C. § 157(b)(2), including matters concerning the administration of the estate and proceedings affecting the property of the estate.

12. Venue is proper in this Court under 28 U.S.C. § 1409(a) because this is the district court in which the State Court Action is pending.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

13. This Notice of Removal is filed within the time limits prescribed by Fed. R. Bankr. P. 9027(a)(2) as the State Court Action was removed within 90 days of the date the Meandering Bend, LLC Bankruptcy Case was converted to Chapter 7 and as soon as the grounds for removal became known based on a hearing in a related removed case heard on November 13, 2025.

14. Due to the voluminous nature of the State Court docket sheet, a copy of all pleadings filed in the State Court Action will be filed promptly.

15. A copy of this Notice will be filed promptly with the Clerk Court of Harris County, Texas, and served on all parties in accordance with Fed. R. Bankr. P. 9027(c).

16. The party filing this notice of removal consents to the Bankruptcy Court's entry of final judgment or order.

## PRAYER

For the foregoing reasons, Defendant respectfully removes the State Court Action to this Court as an adversary proceeding in the Bankruptcy Case.

Respectfully submitted,

By: /s/ Justin Rayome
JUSTIN RAYOME
SBN: 24130709
5882 Sugar Hill Dr.
Houston, Texas 77057
214-934-9345
justin.rayome.law@gmail.com

**ATTORNEY FOR DEFENDANT, ALI CHOUDHRI**

## CERTIFICATE OF SERVICE

  The undersigned certifies that on this 16th day of November 2025, a true and correct copy of the foregoing was served on the following in accordance with the CM/ECF e-filing system, and upon all others who have consented to service in this case by registering to receive notices in this case through the CM/ECF e-filing system. In addition, the following parties were served via e-mail:

T. Michael Ballases
Hoover Slovacek LLP
5051 Westheimer
Suite 1200
Houston, Texas 77056
ballases@hooverslovacek.com

Scott Funk
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
sfunk@grayreed.com

Travis B. Vargo
c/o Leslie M. Luttrell
Luttrell + Carmody Law Group
100 N.E. Loop 410, Suite 615
San Antonio, TX 78216
luttrell@lclawgroup.net

                   /s/ Justin Rayome
                   Justin Rayome