# INDEX OF STATE COURT RECORD
(Pursuant to BLR 9027-1 and 9027-2)

**State Court Case**: *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, Cause No. 2012-27197-D, in the 333rd Judicial District Court of Harris County, Texas.

### Exhibit 1 – Original Petition
- **Title:** Plaintiffs' Original Petition
- **Court:** 333rd Judicial District Court, Harris County, Texas
- **Filed:** [Date not clearly imaged, but appears at initiation of Cause No. 2012-27197-A on May 9, 2012]
- **Description:** Petition initiating claims by Mokaram-Latif West Loop, Ltd. and Osama Abdullatif against Defendant Ali Choudhri.

### Exhibit 2 – Order Severing AAA Claims
- **Title:** Order Severing AAA Claims
- **Court:** 333rd Judicial District Court, Harris County, Texas
- **Filed:** February 17, 2023
- **Judge:** Hon. Randy Wilson
- **Description:** Order Severing AAA Claims from the main case, Cause No. 2012-27197-A, establishing Cause No. 2012-27197-D.

### Exhibit 3 - Final Judgment
- **Title:** Final Judgment
- **Court:** 333rd Judicial District Court, Harris County, Texas
- **Filed:** October 27, 2023
- **Judge:** Hon. Randy Wilson
- **Description:** Judgment for Plaintiff Abdullatif against Defendant Choudhri in the amount of $3,467, 217.70, plus post-judgment interest. Disposes of all parties and claims.

### Exhibit 4 - Order Granting Turnover, Charging Order, and Appointment of Receiver
- **Title:** Order Granting Turnover, Charging Order, and Appointment of Receiver Against Judgment Debtor
- **Court:** 333rd Judicial District Court, Harris County, Texas
- **Filed:** March 20, 2025
- **Judge:** [Not expressly listed, but signed by presiding judge of the 333rd District Court]
- **Description:** Grants turnover relief in favor of Abdullatif; appoints Travis B. Vargo as receiver over Choudhri's assets; identifies entities subject to receivership.

### Exhibit 5 – Amended Order Granting Turnover
- **Title:** Amended Order Granting Turnover, Charging Order, and Appointment of Receiver Against Judgment Debtor
- **Court:** 333rd Judicial District Court, Harris County, Texas

- **Filed:** April 8, 2025
- **Description:** Amends the March 31, 2025 turnover order to clarify scope of receivership and note bankruptcy stay considerations.

**Exhibit 6 – Motion to Confirm Authority Concerning Turnover of Judgment Debtor's Interest in Meandering Bend, LLC (with attached Exhibits)**
- **Title:** Motion to Confirm Authority Concerning Turnover of Judgment Debtor's Interest in Meandering Bend, LLC
- **Court:** 333rd Judicial District Court, Harris County, Texas
- **Filed:** June 27, 2025
- **Movant:** Receiver, Travis Vargo
- **Description:** Motion requesting confirmation that Choudhri's membership interest in Meandering Bend, LLC was turned over to the Receiver and seeks authority to control and sell assets.

**Exhibit 7 – Entire Docket Sheet for the State Court Action**
- **Description:** The entire docket sheet showing the orders entered and filed in the state court action.
- **Court:** 333rd Judicial District Court, Harris County, Texas

    This Index of Documents is submitted in compliance with Bankruptcy Local Rules 9027-1 and 9027-2, identifying all pleadings and orders from the state court record accompanying the Notice of Removal.

    /s/ Justin Rayome
    JUSTIN RAYOME