| HCDistrictclerk.com | MOKARAM, ALI vs. DALIO HOLDINGS I LLC | | | | | 11/15/2025 |
|---|---|---|---|---|---|---|
| | Cause: 201227197D    CDI: 7    Court: 333 | | | | | |

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 10/27/2025 | ORDER SIGNED GRANTING ENTRY OF TEMPORARY ORDERS | 10/27/2025 | | 1 | | | |
| 7/29/2025 | ORDER SIGNED SETTING HEARING | 7/29/2025 | | 1 | | | |
| 7/22/2025 | INTERVENTION | | | 0 | | | GUBERNICK, BENJAMIN |
| 7/22/2025 | INTERVENTION | | | 0 | | FRAZIER, CLEMETRIC | MOKARAM, ALI |
| 7/14/2025 | ORDER DENYING LEAVE TO FILE PLEADING SIGNED | 7/14/2025 | | 2 | | | |
| 7/14/2025 | ORDER SIGNED DENYING PLEA TO JURISDICTION | 7/14/2025 | | 2 | | | |
| 7/14/2025 | ORDER SIGNED DENYING APPOINTMENT OF RECEIVER | 7/14/2025 | | 2 | | | |
| 7/2/2025 | ORDER SIGNED SETTING HEARING | 7/2/2025 | | 1 | | | |
| 7/2/2025 | ORDER SIGNED SETTING HEARING | 7/2/2025 | | 6 | | | |
| 5/27/2025 | MOTION CONTEMPT | | | 0 | | VARGO, TRAVIS B. | VARGO, TRAVIS B. |
| 4/30/2025 | VOIDED TEMPORARY ORDER | 4/30/2025 | | 14 | | | |
| 4/8/2025 | ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED | 4/8/2025 | | 14 | | | |
| 3/31/2025 | ORDER TO APPOINT RECEIVER GRANTED | 3/31/2025 | | 12 | | | |
| 3/31/2025 | ORDER SIGNED GRANTING MOTION FOR TURNOVER | 3/31/2025 | | 12 | | | |
| 3/31/2025 | BOND WAIVED/NO BOND SET | 3/31/2025 | | 12 | | | |
| 3/6/2025 | ORDER DENYING RECUSAL SIGNED BY SUPREME COURT JUDGE | 3/6/2025 | | 2 | | | |
| 3/6/2025 | ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED | 3/6/2025 | | 11 | | | |
| 3/3/2025 | ORDER SIGNED DENYING RECUSAL OF JUDGE | 3/3/2025 | | 0 | | | |
| 3/3/2025 | ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED | 3/3/2025 | | 0 | | | |
| 2/25/2025 | ORDER SIGNED SETTING HEARING | 2/25/2025 | | 1 | | | |
| 2/21/2025 | ORDER SIGNED DENYING RECUSAL OF JUDGE | 2/21/2025 | | 1 | | | |
| 2/18/2025 | ORDER SIGNED GRANTING PARTIAL CONTINUANCE, SEE | 2/18/2025 | | 5 | | | |

| | ORDER | | | | |
|---|---|---|---|---|---|
| 2/17/2025 | ORDER SIGNED GRANTING CONTINUANCE | 2/17/2025 | 1 | | |
| 2/4/2025 | ORDER SIGNED SETTING HEARING | 2/4/2025 | 2 | | |
| 2/4/2025 | ORDER SIGNED GRANTING ENTRY OF TEMPORARY ORDERS | 2/4/2025 | 2 | | |
| 6/25/2024 | ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED | 6/25/2024 | 1 | | |
| 5/31/2024 | ORDER DENYING RECUSAL SIGNED BY ADMIN JUDGE | 5/31/2024 | 2 | | |
| 5/31/2024 | ORDER SIGNED DENYING DISQUALIFICATION OF JUDGE | 5/31/2024 | 2 | | |
| 5/24/2024 | ORD SGN DENYING RECONSIDERATION | 5/24/2024 | 2 | | |
| 5/24/2024 | ORD SGN DENYING RECONSIDERATION | 5/24/2024 | 1 | | |
| 5/21/2024 | ORDER SIGNED DENYING RECUSAL OF JUDGE | 5/21/2024 | 2 | | |
| 5/20/2024 | ORDER SIGNED GRNTNG PROTECTION | 5/20/2024 | 2 | | |
| 5/20/2024 | ORDER SIGNED QUASHING SUBPOENA | 5/20/2024 | 2 | | |
| 4/8/2024 | REFERRAL TO SUPREME COURT ORDER GRANTED | | 0 | | |
| 4/8/2024 | ORDER SIGNED DECLINING RECUSAL OF JUDGE | 4/8/2024 | 1 | | |
| 3/18/2024 | ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED | 3/18/2024 | 2 | | |
| 2/20/2024 | ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED | 2/20/2024 | 1 | | |
| 1/12/2024 | ORDER GRANTING PRODUCTION OF DOCUMENTS SIGNED | 1/12/2024 | 1 | | |
| 1/8/2024 | ORDER GRANTING PRODUCTION OF DOCUMENTS SIGNED | 1/8/2024 | 66 | | |
| 12/19/2023 | ORDER MODIFYING AND/OR AMENDING FINAL ORDER DENIED | 12/19/2023 | 1 | | |
| 12/7/2023 | MOTION NEW TRIAL | | 0 | TAYLOR, WILLIAM A. | CHOUDHRI, ALI |
| 12/7/2023 | MOTION NEW TRIAL | | 0 | TAYLOR, WILLIAM A. | TEXAS REIT LLC |
| 12/7/2023 | MOTION NEW TRIAL | | 0 | TAYLOR, WILLIAM A. | DALIO HOLDINGS II LLC |
| 12/7/2023 | MOTION NEW TRIAL | | 0 | TAYLOR, WILLIAM A. | DALIO HOLDINGS I LLC |
| 11/20/2023 | COST STATEMENT MAILED | | 0 | | |
| 11/14/2023 | COST STATEMENT REQUESTED | | 0 | | |
| 11/7/2023 | DEFENDANT COSTS | | 0 | | |

| | | | | | |
|---|---|---|---|---|---|
| 11/7/2023 | ORDER SIGNED GRANTING ENTRY OF JUDGMENT | 11/7/2023 | 6 | | |
| 11/7/2023 | ORDER SIGNED AWARDING ATTORNEY FEES | 11/7/2023 | 6 | | |
| 11/7/2023 | ORDER GRANTING MOTION FOR CONFIRMATION OF ARBITRATION AWARD | 11/7/2023 | 6 | | |
| 10/30/2023 | ORDER SIGNED GRANTING COMPLIANCE | 10/30/2023 | 1 | | |
| 10/7/2023 | FINAL JUDGMENT SIGNED FOR PLAINTIFF (NON-JURY) | 10/7/2023 | 6 | | |
| 10/7/2023 | DEFENDANT COSTS | | 0 | | |
| 9/19/2023 | ORDER SIGNED COMPELLING ARBITRATION DENIED | 9/19/2023 | 1 | | |
| 9/19/2023 | PARTIAL DISMISSAL ON PLAINTIFF'S MOTION | 9/19/2023 | 1 | | |
| 9/13/2023 | ORDER SIGNED COMPELLING ARBITRATION DENIED | 9/13/2023 | 1 | | |
| 8/31/2023 | REMOVED TO FEDERAL COURT | | 0 | | |
| 8/14/2023 | SEVENTH AMENDED COUNTER CLAIM | | 0 | TAYLOR, WILLIAM A. | MOKARAM, ALI |
| 8/14/2023 | SEVENTH AMENDED COUNTER CLAIM | | 0 | TAYLOR, WILLIAM A. | CHOUDHRI, ALI |
| 5/9/2012 | SEVERANCE | | 0 | KELLEY, LLOYD E. | MOKARAM, ALI |
| | ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED | 3/3/2025 | 4 | | |
| | SUPERSEDEAS BOND FILED | 1/4/2024 | 6 | | |
| | SUPERSEDEAS BOND FILED | 11/27/2024 | 5 | | |
| | SUPERSEDEAS BOND FILED | 1/4/2024 | 6 | | |
| | ORDER SIGNED DENYING RECUSAL OF JUDGE | 3/3/2025 | 1 | | |
| | MANDATE | 5/29/2025 | 5 | | |
| | SUPERSEDEAS BOND FILED | 1/4/2024 | 6 | | |