# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **OUT OF DISTRICT MAIN CASE** | § | **No. 99-99999** |
| | § | **Chapter 7** |
| **Debtor.** | § | |
| | § | |
| **Mokaram-Latif West Loop, Ltd.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adversary No. 25-03825** |
| | § | |
| **Ali Choudhri** | § | |
| | § | |
| **Defendant.** | § | |

## ADVISORY TO THE COURT BY TRAVIS VARGO, STATE COURT APPOINTED RECEIVER

TO THE HONORABLE EDUARDO V. RODRIGUEZ,
UNITED STATES BANKRUPTCY JUDGE :

COMES NOW, Travis Vargo, the State Court appointed Receiver, and files this his *Advisory to the Court by Travis Vargo, State Court Appointed Receiver* (the "Receiver's Advisory") and in support thereof would respectfully show the Court as follows:

1.     The above styled and numbered Adversary Proceeding removed, for the third time, the D-Case, *infra*.,  from the 333rd Judicial District Court of Harris County, Texas (the "3rd D-Case Removal"), which proceeding consists solely of the supervision of the Receiver, *infra*. in connection with the final and non-appealable Receivership Orders.[1]

---

[1]     On March 31, 2025, the Hon. Randy Wilson, sitting by special assignment, entered his *Order Granting Turnover, Charging Order, and Appointment of Receiver Against Judgment Debtors* in the D-Case. Thereafter, on April 9, 2025, Judge Wilson entered his *Amended Order (2) Granting Turnover, Charging Order, and Appointment of Receiver Against Judgment Debtors* in the D-Case (the "The D-Case Receivership Order"). On April 1, 2025, the Hon. Randy Wilson, sitting by special assignment, entered his *Order Granting Turnover, Charging Order, and Appointment of Receiver Against Judgment Debtors* in A-Case. Thereafter, on April 7, 2025, Judge Wilson entered his *Amended Order Granting Turnover,*

2.      On November 25, 2025 Travis Vargo, State Court Appointed Receiver[2] (the "Receiver") filed his *Motion Of Travis Vargo, Court Appointed Receiver, To Dismiss Bankruptcy Proceeding For Cause - Lack Of Authority – Pursuant To 11 U.S.C. §707(A)* (the "Receiver's Motion to Dismiss") in the "Out of District" case pending in the Western District of Texas, Austin Division, to which the 3rd D-Case Removal was to be transferred: *In re: Meandering Bend, LLC* pending under Case No. 25-11334-smr (the "Meandering Bend Case").  The Receiver's Motion was filed at ECF 109 in the Meandering Bend Case. A true and correct copy of the Receiver's Motion is attached hereto as Exhibit 1.

3.      Thereafter, on December 2, 2025, the Receiver filed his *Motion for Expedited Consideration of his Motion To Dismiss Bankruptcy Proceeding For Cause – Lack of Authority – Pursuant To 11 U.S.C. §707(a)* (the "Motion to Expedite").  The Motion to Expedite was filed at ECF 112 in the Meandering Bend Case.  A true and correct copy of the Motion to Expedite is attached hereto as Exhibit 2.  The Receiver's Motion to Expedite was granted and the Receiver's Motion was heard and granted on December 5, 2025.  The *Order Granting Motion Of Travis Vargo, Court Appointed Receiver, To Dismiss Bankruptcy Proceeding For Cause - Lack Of Authority – Pursuant To 11 U.S.C. §707(A)* was entered as ECF 125 (the "Dismissal for Cause Order") in the Meandering Bend Case. A true and correct copy of the Dismissal for Cause Order is attached hereto as Exhibit 3.

4.      Upon the entry of the Dismissal for Cause Order in the Meandering Bend

---

*Charging Order, and Appointment of Receiver Against Judgment Debtors* in the A-Case (the "The A-Case Receivership Order").  (The A-Case Receivership Order and the D-Case Receivership Order are collectively the "Receivership Orders".)

2    Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas (the "A-Case"), and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas (the "D-Case").

Case, jurisdiction, to the extent that it ever existed, was lost pursuant to 28 U.S.C §1334.

Dated this the 8th day of December 2025.

Respectfully submitted,

Luttrell + Carmody Law Group
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel.   210.426.3600
Fax   210.426.3610

By: */s/ Leslie M. Luttrell*
    Leslie M. Luttrell
    State Bar No. 12708650
    luttrell@lclawgroup.net

**ATTORNEYS FOR TRAVIS B. VARGO, STATE
COURT-APPOINTED RECEIVER**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 8th day of December 2025, I caused a copy of the foregoing instrument to be served on the following through the Court's ECF System.

**Plaintiff's Counsel:**
Thomas Michael Ballases                 *Via Email: ballases@hooverslovacek.com*
Hoover Slovacek LLP
5051 Westheimer
Ste 1200
Houston, TX 77056

**Defendant's Counsel:**                 *Via Email: justin.rayome.law@gmail.com*
Justin Peter Louis Rayome
1001 West Loop South
Suite 700
Houston, TX 77027

*/s/ Leslie M. Luttrell*
    Leslie M. Luttrell