**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** § § | | |
| **OUT OF DISTRICT MAIN CASE** § § | No. 99-99999 | |
| Debtor. § | | |
| **Mokaram-Latif West Loop, Ltd.** § § | | |
| Plaintiff, § § | | |
| v. § | Adversary No. 25-03825 | |
| **Ali Choudhri** § § § | | |
| Defendant. § | | |

**MOTION FOR EXPEDITED CONSIDERATION OF MOTION OF TRAVIS VARGO, STATE COURT APPOINTED RECEIVER, TO REMAND OR ABSTAIN OR ALTERNATIVELY STRIKE NOTICE OF REMOVAL [ECF 2]**

COMES NOW, TRAVIS VARGO, Court Appointed Receiver[1] (the "Receiver") and files this *Motion for Expedited Consideration of Motion of Travis Vargo, State Court Appointed Receiver, to Remand or Abstain or Alternatively Strike Notice of Removal [ECF 2]*, (the "Receiver's Motion") and would respectfully show this Court as follows:

1. The Receiver would show the Court that expedited consideration of the Receiver's Motion is warranted because the underlying out of district bankruptcy to which the above styled and numbered adversary is directed – *In re: Meandering Bend, LLC* – was dismissed by the Honorable Shad Robinson on December 5, 2025 upon the entry of the *Order Granting Motion of Travis Vargo, Court Appointed Receiver, to Dismiss*

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A *styled Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas (the "A-Case") and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas (the "D-Case").

*Bankruptcy Proceeding for Cause – Lack of Authority – Pursuant to 11 U.S.C. §707(a)* (the "Dismissal Order"). A true and correct copy of the Dismissal Order was filed of record in this Adversary Proceeding at ECF 3-3.

2. Because the underlying bankruptcy proceeding to which this Adversary is directed has been dismissed, the Court lacks subject matter jurisdiction to proceed and the above styled and numbered adversary proceeding should be promptly remanded to the 333rd Judicial District Court of Harris County, Texas.

WHEREFORE, TRAVIS VARGO, Court Appointed Receiver, prays that the Court grant his Motion for Expedited Hearing and expedite the consideration of the Receiver's Motion and set it for consideration on the Court's next available docket.

Respectfully submitted,

Luttrell + Carmody Law Group
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel.   210.426.3600
luttrell@lclawgroup.net

By: */s/ Leslie M. Luttrell*
    Leslie M. Luttrell
    State Bar No. 12708650

**ATTORNEYS FOR TRAVIS B. VARGO, COURT-APPOINTED RECEIVER**

## CERTIFICATE OF CONFERENCE

On December 22, 2025 the undersigned attempted to confer by email with Bruce J. Duke and Justin Rayome regarding the request for expedited consideration of the above Motion. Messrs. Duke and Rayome are presumed opposed to the request for expedited consideration.

By: /s/ Leslie M. Luttrell
Leslie M. Luttrell

## CERTIFICATE OF SERVICE

I, Leslie M. Luttrell, do hereby certify that on the 22nd day of December 2025, I caused a copy of the foregoing pleading to be served on the following either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Plaintiff's Counsel:**

Thomas Michael Ballases         *Via Email: ballases@hooverslovacek.com*
Hoover Slovacek LLP
5051 Westheimer
Ste 1200
Houston, TX 77056

Darrell Scott Funk              *Via Email: sfunk@grayreed.com*
Gray Reed
1300 Post Oak Blvd, Ste 2000
Houston, TX 77056

**Defendant's Counsel:**

Bruce J Duke
Bruce J. Duke, LLC              *Via Email: bruce@bdukelawfirm.com*
788 Shrewsbury Avenue
Suite 2225
Tinton Falls, NJ 07724

Justin Peter Louis Rayome
1001 West Loop South            *Via email: justin.rayome.law@gmail.com*
Suite 700
Houston, TX 77027

/s/ Leslie M. Luttrell
Leslie M. Luttrell