**WITNESS AND EXHIBIT LIST**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | Texas Western District Bankruptcy Court No. 25-11334 |
| **Name of Debtor:** | In re: Meandering Bend, LLC |

| | |
|---|---|
| **Adversary Case No:** | 25-03825 |
| **Style of Adversary:** | Mokaram-Latif West Loop, Ltd. v. Ali Choudhri |

| | Amends | | Supplements | |
|---|---|---|---|---|
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | **Date** | **ECF No.** | **Date** | **ECF No.** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | January 23, 2026 |
| **Hearing Time:** | 1:00 p.m. |
| **Party's Name:** | Travis Vargo, State Court-Appointed Receiver |
| **Attorney's Name:** | Leslie M. Luttrell |
| **Attorney's Phone:** | 210-426-3600 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | 2 | Motion to Remand |
| | 4 | Motion for Expedited Consideration |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITNESS LIST | |
|---|---|
| **Lay Witnesses:** | Travis Vargo, State Court-Appointed Receiver |
| | |
| | Any witness called by Debtor, any other party in interest that may appear and seek to be heard at the hearing, and any rebuttal witness as may be required |
| | |
| | |
| **Expert Witnesses:** | |
| | |

**Form No. 1-100**

Last Revised August 13, 2025

|  |  |
|---|---|
|  |  |

| REBUTTAL/ IMPEACHMENT WITNESSES | |
|---|---|
| **Lay Witnesses:** | Any witness called by Debtor, any other party in interest that may appear and seek to be heard at the hearing, and any rebuttal witness as may be required |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Expert Witnesses:** |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| EX. NO. | DESCRIPTION | OFFERED | OBJECTION | DISPOSITION |
| | | | | |
| 1. | Notice of Removal [ECF 1] | | | |
| 2. | Amended Order Granting Turnover, Charging Order and Appointment of Receiver entered in 2012-27197-A (previously filed as the "A-Case Order" as ECF 208-1) | | | |
| 3. | Amended Order (2) Granting Turnover, Charging Order and Appointment of Receiver entered in 2012-27197-D (previously filed as the "D-Case Order" as ECF 208-2) | | | |
| 4. | Order Dismissing In re: Meandering Bend WD TX Case No. 25-11334 [ECF 125] | | | |
| 5. | Order Remanding A-Case and D-Case by Judge Isgur [16] | | | |
| 6. | Order Remanding A-Case and D-Case by Judge Isgur [23] | | | |
| 7. | Order Remanding A-Case [Meandering Bend WD TX] | | | |
| 8. | Order Regarding Application of Stay to Ali Choudhri [WD TX] [ECF 525] | | | |
| 9. | Order Dismissing Bankruptcy – Ali Choudhri [ECF 33] | | | |
| 10. | Order Denying Motion to Vacate Order Dismissing Ali Choudhri Bankruptcy [36] | | | |

**Form No. 1-100**

Last Revised August 13, 2025

| Ex. No. | Description | For Court Use Only | | |
|---|---|---|---|---|
| | | Offered | Objection | Disposition |
| | | | | |
| 11. | Order Dismissing Adv. 25-03630 (D-Case Removal) for lack of subject matter jurisdiction [33] | | | |
| | **Any demonstrative exhibits as may be used in connection with the Hearing** | | | |
| | **Any other pleading or exhibit previously filed with the Court** | | | |
| | | | | |
| | **REBUTTAL/IMPEACHMENT EXHIBITS** | | | |
| | | | | |
| 1. | All exhibits presented or admitted through Ali Choudhri or any other party and rebuttal exhibits as required. | | | |

Respectfully submitted,

LUTTRELL + CARMODY LAW GROUP
One International Centre
100 NE Loop 410, Suite 615
San Antonio, Texas 78216
Tel. 210.426.3600

By: /s/ Leslie M. Luttrell
Leslie M. Luttrell
State Bar No. 12708650

**ATTORNEYS FOR TRAVIS VARGO,
COURT APPOINTED RECEIVER**

**Form No. 1-100**

Last Revised August 13, 2025

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on the 16th day of January, 2026, I caused a copy of the foregoing instrument to be served on the following through the Court's ECF System.

**<u>Plaintiffs' Counsel:</u>**

Thomas Michael Ballases             *Via Email: ballases@hooverslovacek.com*
Hoover Slovacek LLP
5051 Westheimer
Ste 1200
Houston, TX 77056

Darrell Scott Funk                          *Via Email: sfunk@grayreed.com*
Gray Reed
1300 Post Oak Blvd, Ste 2000
Houston, TX 77056

**<u>Defendants' Counsel:</u>**

Justin Peter Louis Rayome             *Via Email: justin.rayome.law@gmail.com*
1001 West Loop South
Suite 700
Houston, TX 77027

Bruce J Duke                                   *Via Email: bruce@bdukelawfirm.com*
Bruce J. Duke, LLC
788 Shrewsbury Avenue
Suite 2225
Tinton Falls, NJ 07724

*/s/ Leslie M. Luttrell*
Leslie M. Luttrell

**Form No. 1-100**

Last Revised August 13, 2025